THE ORANGE.

## NEW YORK CENT. & H. R. R. CO. v. HOBOKEN FERRY CO.

(Circuit Court of Appeals, Second Circuit. June 7, 1894.)

No. 8.

COLLISION—STEAM VESSELS CROSSING—CONTRARY SIGNALS—CHANGE OF COURSE.

Appeal from the District Court of the United States for the Southern District of New York.

This was a libel by the New York Central & Hudson River Railroad Company against the steam ferryboat Orange (the Hoboken Ferry Company, claimant), to recover damages for injuries to libelant's tugboat No. 3, resulting from a collision. The district court found the tug solely in fault, and dismissed the libel, with costs. 64 Fed. 141. The libelant appeals.

Carpenter & Mosher, for appellant.
Leon Abbett, Jr., for appellee.

Decree affirmed upon the opinion of the district judge.

---

## In re THE M. MORAN.

## MORAN v. CULLIMAN.

(Circuit Court of Appeals, Second Circuit. December 18, 1893.)

No. 38.

NEGLIGENCE—COLLISION—LOOKOUT.

Appeal from the District Court of the United States for the Eastern District of New York.

This was a petition by Michael Moran, part owner of the steam tug M. Moran, for limitation of liability in respect to the death of two pilots who were crushed between the tug and a ship which she had towed out to sea, it being alleged in the petition that Dora Culliman, administratrix of the estate of one of the deceased, had commenced an action in the supreme court of the state of New York to recover damages against the libelant and petitioner under the New York statute. The district court entered a decree against the petitioner in the sum of $5,000 upon the claim of the said administratrix. 53 Fed. 845. The petitioner appealed.

Carpenter & Mosher, for appellant.
James Parker, for appellee.

Decree affirmed, with interest and costs, upon the opinion of the district judge.